ARTHUR L. ASHMEAD and Others, Appellants, v. JOSEPH G. CASSIDY and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellants pay respondents twenty dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

JACOB BARTSCHERER and GEORGE D. SANDER, as Executors, etc., of REGINA H. EPPIG, Deceased, Respondents, v. WILLIAM PHILLIPS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

JOHN L. BATTERMAN, Respondent, v. ADELBERT B. SWETLAND, Appellant.— Motion for stay denied; appellant to serve answer within ten days from service of a copy of the order entered herein. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

LEO M. BLOOM, Respondent, v. ROSE GELB, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

CITIZENS FINANCE CORPORATION, Appellant, v. ANDREW W. AHERN, Respondent.— Motion to extend time to perfect and argue appeal granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

GEORGE EAGLE, Respondent, v. ORIENT INSURANCE COMPANY OF HARTFORD, CONNECTICUT, and Others, Appellants. BANK OF SAVINGS OF THE VILLAGE OF OSSINING, NEW YORK, Defendant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

In the Matter of the Supplementary Proceedings of: KINGS APPLIANCE CORPORATION, Judgment Creditor, Respondent, v. SA-BRO REALTY CORPORATION, Judgment Debtor. SAMUEL BROWN, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.